IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER ODDO, | § | CIVIL ACTION NO. 13-6141 |
| Plaintiff, | § § | |
| v. | § § | SECTION "N" (ENGELHARDT) |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY and BRANDI L. TAMOR, | § § § | MAGISTRATE "3" (KNOWLES) |
| Defendants. | § § § | |

**FIRST AMENDED NOTICE PURSUANT TO
28 U.S.C. § 1447(B) AND LOCAL RULE 3.2**

Pursuant to 28 U.S.C. § 1447(b) and Local Rule 3.2, Defendant American Heritage Life Insurance Company files this first amended list of parties remaining in the action, in order to add counsel for Brandi L. Tamor, as follows:

- Plaintiff, Jennifer Oddo

  **Attorneys for Jennifer Oddo**

  Julian R. Murray, Jr. (La. Bar No. 7526)
  Stephen D. Marx (La. Bar No. 17041)
  Chehardy, Sherman, Ellis, Murray, Recile,
  Griffith, Stakelum & Hayes, LLP
  One Galleria Blvd., Suite 1100
  Metairie, Louisiana 70001
  Telephone: (504) 833-5600
  Facsimile: (504) 833-8080

- Defendant, Golden Rule Insurance Company

    **Attorneys for American Heritage Life Insurance Company**

    Covert J. Geary (La. Bar No. 14280)
    Jones Walker LLP
    201 St. Charles Avenue, 49th Floor
    New Orleans, Louisiana 70170-5100
    Telephone: (504) 582-8276
    Facsimile: (504) 589-8276

    Brittany M. Simpson (La. Bar No. 34767)
    Jones Walker LLP
    201 St. Charles Avenue, 49th Floor
    New Orleans, Louisiana 70170-5100
    Telephone: (504) 582-8463
    Facsimile: (504) 589-8463

    Andrew G. Jubinsky, *pro hac vice* to be filed
    Texas Bar No. 11043000
    Ryan K. McComber, *pro hac vice* to be filed
    Texas Bar No. 24041428
    Figari & Davenport, L.L.P.
    3400 Bank of America Plaza
    901 Main Street
    Dallas, Texas 75202
    Telephone: (214) 939-2000
    Facsimile: (214) 939-2090

- Defendant, Brandi L. Tamor
    2004 Ormond Blvd.
    Destrehan, Louisiana 70047-2002

    **Attorney for Brandi L. Tamor**

    Joshua K. Trahan, T.A. (La. Bar No. 30766)
    The Harding Center
    1018 Harding Street, Suite 202
    Post Office Drawer 51268
    Lafayette, Louisiana 70505-1268
    Telephone No.: (337) 269-0052
    Facsimile No.: (337) 269-0061

Copies of pleadings filed in state court and copies of the return of service of process filed in state court were attached to the original Notice of Removal filed in the record of this matter, as Exhibits "A" and "B," respectively.

Respectfully submitted,

*s/Covert J. Geary*
COVERT J. GEARY (#14280)
BRITTANY M. SIMPSON (#34767)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8463
Facsimile: (504) 589-8463
*cgeary@joneswalker.com*
*bsimpson@joneswalker.com*

Andrew G. Jubinsky, *pro hac vice* to be filed
Texas Bar No. 11043000
*andy.jubinsky@figdav.com*
Ryan K. McComber, *pro hac vice* to be filed
Texas Bar No. 24041428
*ryan.mccomber@figdav.com*
**FIGARI & DAVENPORT, L.L.P.**
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

**Attorneys for American Heritage Life Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 17th day of October, 2013.

*s/Covert J. Geary*
