IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER ODDO,<br><br>　　Plaintiff,<br><br>v.<br><br>AMERICAN HERITAGE LIFE INSURANCE COMPANY and BRANDI L. TAMOR,<br><br>　　Defendants. | § CIVIL ACTION NO. 13-6141<br>§<br>§<br>§<br>§ SECTION "N" (ENGELHARDT)<br>§<br>§<br>§<br>§ MAGISTRATE "3" (KNOWLES)<br>§<br>§<br>§ |

## CORPORATE DISCLOSURE STATEMENT

Defendant, American Heritage Life Insurance Company, files its Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1. The American Heritage Life Insurance Company states as follows:

1.

The American Heritage Life Insurance Company is a wholly-owned, indirect subsidiary of the Allstate Corporation, a publicly traded corporation.

2.

The Allstate Corporation owns ten percent or more of American Heritage Corporation's stock.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/Covert J. Geary*
　　　　　　　　　　　　　　　　　　COVERT J. GEARY (#14280)
　　　　　　　　　　　　　　　　　　BRITTANY M. SIMPSON (#34767)
　　　　　　　　　　　　　　　　　　Jones Walker LLP
　　　　　　　　　　　　　　　　　　201 St. Charles Avenue, 49th Floor
　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70170-5100
　　　　　　　　　　　　　　　　　　Telephone: (504) 582-8463
　　　　　　　　　　　　　　　　　　Facsimile: (504) 589-8463
　　　　　　　　　　　　　　　　　　cgeary@joneswalker.com
　　　　　　　　　　　　　　　　　　bsimpson@joneswalker.com

{N2711518.1}

        Andrew G. Jubinsky, *pro hac vice* to be filed
        Texas Bar No. 11043000
        *andy.jubinsky@figdav.com*
        Ryan K. McComber, *pro hac vice* to be filed
        Texas Bar No. 24041428
        *ryan.mccomber@figdav.com*
        **FIGARI & DAVENPORT, L.L.P.**
        3400 Bank of America Plaza
        901 Main Street
        Dallas, Texas 75202
        Telephone: (214) 939-2000
        Facsimile: (214) 939-2090

        **Attorneys for American Heritage Life Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 17th day of October, 2013.

        *s/Covert J. Geary*