UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER ODDO<br>*Plaintiff* | * * * | CIVIL ACTION NO. 13-6141 |
| VERSUS | * * | SECTION "N" (ENGLEHARDT) |
| AMERICAN HERITAGE LIFE<br>INSURANCE COMPANY, ET AL.<br>*Defendants* | * * * * | MAG: "3" (KNOWLES) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing unopposed motion filed by the Plaintiff;

**IT IS ORDERED** that the preliminary conference currently set for December 13, 2013, is hereby CONTINUED to Thursday, the 16th day of January, 2014, at 10:30 a.m.

New Orleans, Louisiana, this 20th day of November, 2013.

_____
**JUDGE, U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**