IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER ODDO,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HERITAGE LIFE<br>INSURANCE COMPANY and<br>BRANDI L. TAMOR,<br><br>    Defendants. | §§§§§§§§§§§§<br><br>Civil Action No. 13-6141<br><br>SECTION "N" (ENGELHARDT)<br><br>MAGISTRATE "3" (KNOWLES) |

## ORDER FOR ADMISSION PRO HAC VICE

CONSIDERING the foregoing Motion for Admission Pro Hac Vice filed by Defendant American Heritage Life Insurance Company ("AHL"), and its local counsel, Covert J. Geary and Brittany M. Simpson of the law firm of Jones Walker LLP, requesting that Ryan K. McComber be admitted to appear *pro hac vice*;

IT IS ORDERED that the motion is hereby GRANTED, and Ryan K. McComber of the law firm of Figari & Davenport, L.L.P., 901 Main Street, Dallas, TX 75202, is hereby is granted admission to the United States District Court for the Eastern District of Louisiana for the above-captioned case as additional counsel for AHL.

New Orleans, Louisiana, this __4th__ day of December, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**